IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMIE ALAN STEADMAN,

    *Petitioner*,

v.                            Case No.: 5:26cv147-MW/ZCB

SHERIFF TOMMY FORD,

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. Petitioner's "motion to stay bench warrant," ECF No. 2, is **DENIED**. This case is referred back to the Magistrate Judge further proceedings.

**SO ORDERED on July 20, 2026.**

                          **s/Mark E. Walker**_____
                          **United States District Judge**