**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**JAMIE ALAN STEADMAN,**

***Petitioner*,**

**v.** **Case No.: 5:26cv147-MW/ZCB**

**SHERIFF TOMMY FORD,**

***Respondent*.**

______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The habeas petition under 28 U.S.C.§ 2241, ECF No. 1, is **DISMISSED without prejudice** based on *Younger* abstention." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on September 11, 2026.**

**s/Mark E. Walker**
**United States District Judge**